1

2

3

4

5

6

7

8

9 **IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT COURT OF WASHINGTON**

10

11 **Re**

12 **MICHAEL DEAN LEA**
   **In Chapter 13 Proceeding**
   **No.  23-40812-MJH**

13 **ORDER DENYING CLAIM #2**
   **REGIONAL ACCEPTANCE CORPORATION**

14            **Debtor(s)**

15

16        It is ORDERED that the Debtor's objection to Claim number 2 filed by Regional

17 Acceptance Corporation is sustained and the claim is denied.

18

19                          /// end of order ///

20 Presented by:
                                              :
21 /s/ Ellen Ann Brown

22 _____
   ELLEN ANN BROWN WSB#27992
23 Attorneys for Debtor(s)

24

25

                                   BROWN AND SEELYE
                                   PO BOX 951090
                                   SOUTH JORDAN, UT 84095
                                   888-873-1958